IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LINDA J. SONGER                                           PLAINTIFF

v.                      Civil No. 04-6152

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                              DEFENDANT

## **JUDGMENT**

On this 10th day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Donald C. Pullen, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,312.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                               /s/Bobby E. Shepherd
                                                               Honorable Bobby E. Shepherd
                                                               United States Magistrate Judge